

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2013

No. 04-12-00749-CR, 04-12-00750-CR, 04-12-00751-CR

Kwaku AGYIN,
Appellant
v.
The STATE of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10947, 2012CR0469, 2011CR10948
Honorable Lori I. Valenzuela, Judge Presiding

## ORDER

The State's motion for extension to file the brief is GRANTED. Time is extended to July 19, 2013.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2013.

Keith E. Hottle
Clerk of Court